

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00265-CV

_____

IN RE JIM GRUNDY AND SISU ENERGY, LLC, Relators

_____

Original Proceeding
355th District Court of Hood County, Texas
Trial Court No. C2019076

_____

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Relators have informed the court that their petition for writ of mandamus has become moot and have asked the court to dismiss it. Accordingly, relators' petition for writ of mandamus is dismissed.

Per Curiam

Delivered:  November 9, 2021